**Benjamin TATE, Plaintiff—Appellant,**

v.

**NC PEPSI–COLA BOTTLING COM-PANY OF CHARLOTTE, INCOR-PORATED, Defendant—Appellee.**

No. 11–2053.

United States Court of Appeals, Fourth Circuit.

Submitted: May 8, 2012.

Decided: May 11, 2012.

Lena Watts–Robinson, Law Office Of Lean Watts–Robinson, P.A., Charlotte, North Carolina, for Appellant. Randall D. Avram, Michael T. Rosenberg, Kilpatrick Townsend & Stockton, LLP, Raleigh, North Carolina, for Appellee.

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Tate appeals the district court's order granting summary judgment for the Appellee on Tate's claims of disability and race discrimination and intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tate v. NC Pepsi–Cola Bottling Co.*, No. 3:09–cv–00036–MOC–DSC, 2011 WL 3813175 (W.D.N.C. Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*